**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AMJ Plumbing Specialists Corp.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **WHI Jose Ruvalcaba, Jr.** <br> **WHI Joe Ruvalcaba** <br> **WHI Joe F. Ruvalcaba, Jr.** <br> **DBA  AMJ Plumbing Specialists** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2428023** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**9047 Arrow Route, Suite 150**
**Rancho Cucamonga, CA 91730**
Number, Street, City, State & ZIP Code

**San Bernardino**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://amjplumbingspecialists.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **AMJ Plumbing Specialists Corp.**                 Case number (*if known*) _____
       Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | <u>2382</u> |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ■ Chapter 11. *Check all that apply*: |
| |      ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| |      ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |      ☐ A plan is being filed with this petition. |
| |      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | | | | | |
|---|---|---|---|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. | | | | |
| | ☐ Yes. | | | | |
| If more than 2 cases, attach a separate list. | District _____ | When _____ | Case number _____ | | |
| | District _____ | When _____ | Case number _____ | | |

| | | | | | |
|---|---|---|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No | | | | |
| | ☐ Yes. | | | | |
| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ | | |
| | District _____ | When _____ | Case number, if known _____ | | |

Debtor    **AMJ Plumbing Specialists Corp.**                                    Case number (*if known*) _____
          Name

---

**11. Why is the case filed in**       *Check all that apply:*
    **this district?**

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
          preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**       ■ **No**
    **have possession of any**       ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
       livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

                    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

---

     ■   **Statistical and administrative information**

**13. Debtor's estimation of**       .    *Check one:*
    **available funds**

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**       ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**            ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                            ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                            ☐ 200-999

---

**15. Estimated Assets**       ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**       ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **AMJ Plumbing Specialists Corp.**          Case number (*if known*) _____
       Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2017**
          MM / DD / YYYY

**X** **/s/ Jose Ruvalcaba, Jr.**                  **Jose Ruvalcaba, Jr.**
    Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ David Lozano**                  Date    **July 7, 2017**
    Signature of attorney for debtor                    MM / DD / YYYY

**David Lozano**
Printed name

**Lozano Law Center, Inc.**
Firm name

**1900 W. Garvey Avenue South, Suite 240**
**West Covina, CA 91790**
Number, Street, City, State & ZIP Code

Contact phone    **(626) 802-5680**        Email address    **notices@dlbklaw.com**

**164806**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2017**          X /s/ Jose Ruvalcaba, Jr.
                                        Signature of individual signing on behalf of debtor

                                        **Jose Ruvalcaba, Jr.**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **AMJ Plumbing Specialists Corp.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Attention: Bankruptcy Department 20022 North 31st Avenue Phoenix, AZ 85027** | | **Business Debt** | | | | **$4,413.61** |
| **Bank of America P.O. Box 301200 Los Angeles, CA 90030-1200** | | **Business Debt** | | | | **$8,631.38** |
| **Focus 20320 SW Birch Street, Suite 200 Newport Beach, CA 92660** | | **Commercial Property 9047 Arrow Route, Suite 150 Rancho Cuccamonga, CA 91730 (Lease Expires January 31, 2022)** | | **$1,346,360.00** | **$0.00** | **$1,346,360.00** |
| **Forward Financing, LLC 36 Bromfield Street, Suite 210 Boston, MA 02108** | | **Business Debt** | | | | **$147,504.00** |
| **LCA Collections P.O. Box 2240 Burlington, NC 27216** | | **Leased Equipment (36 Months Remaining at $400 p/m): 4 printers, (Brothers, Xerox, HP) LCA (Spartan Jetter) Sawcutter Trailer** | | **$14,400.00** | **$0.00** | **$14,400.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **AMJ Plumbing Specialists Corp.**

Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mantis Funding, LLC**<br>**64 Beaver Street, Suite #344**<br>**New York, NY 10004** | | **Business Debt** | | | | **$40,000.00** |
| **Mercedes-Benz Financial**<br>**2050 Roanoke Road**<br>**Roanoke, TX 76262** | | **2015 Mercedez C-300 4MATIC 4 Door Sedan, 3000 Miles** | | **$24,658.56** | **$24,500.00** | **$158.56** |
| **OnDeck**<br>**1400 Broadway**<br>**New York, NY 10004** | | **Business Debt** | | | | **$250,000.00** |
| **Opus Bank**<br>**131 W. Commonwealth Avenue**<br>**Fullerton, CA 92832** | | **Business Debt** | | | | **$56,277.22** |
| **Pacific Financial**<br>**P.O. Box 34003**<br>**Fullerton, CA 92834** | | **Plumbing Equipment Leased: saw cutting machine (concrete cutter), vacuum, pump, trailer, trailer jetter (sewer lines) (3 years remaining on lease; $** | | **$25,200.00** | **$0.00** | **$25,200.00** |
| **Platinum Rapid Funding Group, LTD**<br>**348 RXR Plaza**<br>**Uniondale, NY 11556** | | **Business Debt** | | | | **$100,000.00** |
| **TVT Capital, LLC**<br>**8 Hunters Lane**<br>**Roslyn, NY 11576** | | **Business Debt** | | | | **$107,271.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re   **AMJ Plumbing Specialists Corp.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 7, 2017**

Signature   **/s/ Jose Ruvalcaba, Jr.**

**Jose Ruvalcaba, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:  **July  7, 2017** _____

/s/ Jose Ruvalcaba, Jr. _____
**Jose Ruvalcaba, Jr.**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $ 1,393,454.42

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................... $ 1,393,454.42

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 1,436,666.98

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 714,097.21

4. Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b                                                                              $ 2,150,764.19

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Chino Commercial Bank**<br>**8229 Rochester Avenue, Suite #110**<br>**Rancho Cucamonga, CA 91730**<br>**Note:  This account is currently liened**<br>**by Creditor TVT Capital for $14,588.** | **Corporate Checking Account** | **3231** | **$14,588.00** |
| 3.2. | **Bank of America**<br>**Rancho Cucamonga, CA**<br>**Note:  This account is currently liened**<br>**by Creditor TVT Capital for $11,460.42.**<br>**Reference Number: D051117000258**<br>**Case Number: 56393/17** | **Corporate Checking Account** | **1240** | **$11,460.42** |
| 3.3. | **Chase Bank** | **Corporate/Business Checking Account** | | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $26,048.42 |
|---|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **AMJ Plumbing Specialists Corp.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    **Security Deposit**
    **Commercial lease**
    **9047 Arrow Route, Suite 150**
7.1.  **Rancho Cucamonga, CA  91730**         **$3,256.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.         **$3,256.00**

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     **650,000.00**  -  **0.00**  = ....      **$650,000.00**
          face amount     doubtful or uncollectible accounts

    11b. Over 90 days old:     **100,000.00**  -  **0.00**  =....      **$100,000.00**
          face amount     doubtful or uncollectible accounts

12. **Total of Part 3.**     **$750,000.00**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **Work in Progress (20 jobs)** | | **$0.00** | N/A | **$500,000.00** |
| 21. **Finished goods, including goods held for resale** | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **AMJ Plumbing Specialists Corp.**                              Case number *(If known)* _____
          Name

| 22. | **Other inventory or supplies** **Plumbing Inventory** **$3,600 of inventory  in** **each of four (4) vans.** **Service Division and** **Contract/Construction/TI** **(Tenant Improvement)** **Division** | **6/2017** | **$0.00** | **Replacement** | **$14,400.00** |
|---|---|---|---|---|---|

| 23. | **Total of Part 5.** | | $514,400.00 |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **5 desks, 5 chairs, 5 lobby chairs, 1 couch, 1 short file cabinet, 6 tall file cabinets, 2 drawer file cabinet, 1 plastic lobby tree** | **$0.00** | **Replacement** | **$3,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **4 computers, (Dell, HP)** | **$0.00** | **Replacement** | **$2,500.00** |
| **Leased Equipment (36 Months Remaining at $400 p/m):** **4 printers, (Brothers, Xerox, HP)** **LCA (Spartan Jetter)** **Sawcutter** **Trailer** | **$0.00** | **N/A** | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **AMJ Plumbing Specialists Corp.** | Case number *(If known)* |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$5,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description
Include year, make, model, and identification numbers
(i.e., VIN, HIN, or N-number) | Net book value of
debtor's interest
(Where available) | Valuation method used
for current value | Current value of
debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1. 2005 Ford F250 Pickup Truck**
**270,000 miles - $1,500**
**2. 2007 Ford E350 Cargo Van**
**150,000 miles - $3,200**
**3. 2007 Chevrolet C3500 Pickup Truck**
**200,000 miles - $10,300**
**4. 2008 Ford F250 Pickup Truck**
**200,000 miles - $2,800**
**5. 2008 Ford E150 Cargo Van**
**150,000 miles - $2,800**
**6. 2009 Ford E350 Cargo Van**
**200,000 miles - $3,900**
**7. 2009 Ford E250 Cargo Van**
**120,000 miles - $6,600**
**8. 2009 Chevrolet 2500 HD Extended**
**Cab Pickup Truck**
**150,000 miles - $8,450** | $39,550.00 | Comparable sale | $39,550.00 |
| 47.2. **2015 Mercedez C-300 4MATIC**
**4 Door Sedan, 3000 Miles**
**Note: Vehicle is secured for $24,658 by**
**lender.**
**Lease to be assumed.** | $0.00 | Comparable sale | $24,500.00 |

| Debtor | **AMJ Plumbing Specialists Corp.** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**(3) 1/4 inch cable line and (3) main cable line machines (drain clearing) and 2 hydrojetter Miscellaneous plumbing tools: (5) sawvalls, (5) roto hammers, (1) jackhammer, (3) augers, (4) 12-foot aluminum ladders, (10) 8-foot aluminum ladders**                    $0.00         Replacement                    $30,200.00

**Plumbing Equipment Leased:**
**saw cutting machine (concrete cutter), vacuum, pump, trailer, trailer jetter (sewer lines)**
**(3 years remaining on lease; $700 p/m)**                    $0.00                    $0.00

51. **Total of Part 8.**                                                                 **$94,250.00**
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.  **Commercial Property 9047 Arrow Route, Suite 150 Rancho Cuccamonga, CA 91730 (Lease Expires January 31, 2022)** | **No interest** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **AMJ Plumbing Specialists Corp.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **http://amjplumbingspecialists.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** **2017 Business Licenses (non-transferable thus no value)(expires after one year) Los Angeles, Rancho Cucamonga, Beverly Hills, El Segundo, North Hollywood, Anaheim, Moreno Valley Active California State License Number: 955853** | $0.00 | | $0.00 |
| **OSHA - Occupational Safety and Health Administration - Permit EIR #** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **AMJ Plumbing Specialists Corp.**                Case number *(If known)* _____
           Name

■ No
☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Worker's Compensation Insurance**<br>**General Liability Insurance**<br>**Umbrella Insurance**<br>**Automobile Insurance**<br>**Professional Liability Insurance** | $0.00 |
| | **General Liability Insurance** | $0.00 |
| | **Umbrella Insurance** | $0.00 |
| | **Automobile Insurance** | $0.00 |
| | **Professional Liability Insurance** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor    **AMJ Plumbing Specialists Corp.**
Name

Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,048.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,256.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $750,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $514,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $94,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,393,454.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,393,454.42 |

**Fill in this information to identify the case:**

Debtor name **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Focus**<br>Creditor's Name<br><br>**20320 SW Birch Street, Suite 200**<br>**Newport Beach, CA 92660**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**02/01/2017**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Commercial Property**<br>**9047 Arrow Route, Suite 150**<br>**Rancho Cuccamonga, CA 91730**<br>**(Lease Expires January 31, 2022)**<br><br>Describe the lien<br>**Leasehold**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,346,360.00** | **$0.00** |
| **2.2** | **LCA Collections**<br>Creditor's Name<br><br><br><br>**P.O. Box 2240**<br>**Burlington, NC 27216**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Leased Equipment (36 Months Remaining at $400 p/m):**<br>**4 printers, (Brothers, Xerox, HP)**<br>**LCA (Spartan Jetter)**<br>**Sawcutter**<br>**Trailer**<br><br>Describe the lien<br>**Leased Equipment**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $14,400.00 | $0.00 |

Debtor    **AMJ Plumbing Specialists Corp.**
_____    Case number (if know) _____
Name

---

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mercedes-Benz Financial** | | $24,658.56 | $24,500.00 |

Creditor's Name

**2050 Roanoke Road
Roanoke, TX 76262**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
08/2015**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**2015 Mercedez C-300 4MATIC
4 Door Sedan, 3000 Miles**

Describe the lien
**Automobile Lease**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pacific Financial** | | $25,200.00 | $0.00 |

Creditor's Name

**P.O. Box 34003
Fullerton, CA 92834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**Plumbing Equipment Leased:
saw cutting machine (concrete cutter),
vacuum, pump, trailer, trailer jetter (sewer lines)
(3 years remaining on lease; $700 p/m)**

Describe the lien
**Leased Equipment**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **TVT Capital, LLC** | | $11,460.42 | $11,460.42 |

Creditor's Name

**8 Hunters Lane
Roslyn, NY 11576**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**Corporate Checking Account
Bank of America
Alta Loma Branch**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor    **AMJ Plumbing Specialists Corp.**                          Case number (if know) _____
_____
Name

**Judgment Lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
□ No

**5/2017**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1240**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
□ Disputed

---

| 2.6 | **TVT Capital, LLC** | Describe debtor's property that is subject to a lien | $14,588.00 | $14,588.00 |
|-----|----------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**Corporate Checking Account**
**Chino Commercial Bank**
**Rancho Cucamonga Branch**

**8 Hunters Lane**
**Roslyn, NY 11576**
_____
Creditor's mailing address
**Describe the lien**
**Judgment Lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
□ No

**6/2017**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3231**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
□ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,436,666.98 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**AMJ Plumbing Specialists Corp.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $4,413.61 |
| | **American Express**<br>**Attention: Bankruptcy Department**<br>**20022 North 31st Avenue**<br>**Phoenix, AZ 85027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Debt__ |
| | Last 4 digits of account number __3001__ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $8,631.38 |
| | **Bank of America**<br>**P.O. Box 301200**<br>**Los Angeles, CA 90030-1200** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Business Debt__ |
| | Last 4 digits of account number __5867__ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $147,504.00 |
| | **Forward Financing, LLC**<br>**36 Bromfield Street, Suite 210**<br>**Boston, MA 02108** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __12/09/2016__ | Basis for the claim: __Business Debt__ |
| | Last 4 digits of account number __0881__ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $40,000.00 |
| | **Mantis Funding, LLC**<br>**64 Beaver Street, Suite #344**<br>**New York, NY 10004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __04-05-2017__ | Basis for the claim: __Business Debt__ |
| | Last 4 digits of account number __0001__ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **AMJ Plumbing Specialists Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**OnDeck**
**1400 Broadway**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __4834__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,277.22 |
|---|---|---|---|

**Opus Bank**
**131 W. Commonwealth Avenue**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __04/24/2015__

Last 4 digits of account number  __0718__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Platinum Rapid Funding Group, LTD**
**348 RXR Plaza**
**Uniondale, NY 11556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/8/2016__

Last 4 digits of account number  __

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,271.00 |
|---|---|---|---|

**TVT Capital, LLC**
**8 Hunters Lane**
**Roslyn, NY 11576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __08/2016__

Last 4 digits of account number  __9317__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of America #3250-6976-8848**<br>**Attn: Notice to Release Lien**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | Line  __3.8__ <br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Celtic Bank**<br>**268 State Street, Suite 300**<br>**Salt Lake City, UT 84111** | Line  __3.5__ <br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Chase Bank  #135232330 / 322271627**<br>**Upland, CA** | Line  __3.4__ <br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Joseph Nierman, Esq.**<br>**30 Wall Street, Room 801**<br>**New York, NY 10005** | Line  __3.8__ <br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **AMJ Plumbing Specialists Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Kimberly Emerling**<br>**36 Bromfield Street, Suite 210**<br>**Boston, MA 02108** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Kimberly Emerling, Esq. Forward Fin**<br>**36 Bromfield Street, Suite 210**<br>**Boston, MA 02108** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Mantis Funding, LLC**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Paychecks, Inc**<br>**911 Panorama Trail S. Rochester**<br>**Rochester, NY 14625** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Small Business Capital Solutions**<br>**3611 14th Avenue, Suite 426**<br>**Brooklyn, NY 11218** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Supreme Court State of NY**<br>**County of Westchester**<br>**111 Dr.Martin Luther King Jr Blvd**<br>**White Plains, NY 10601** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 714,097.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 714,097.21 |

**Fill in this information to identify the case:**

Debtor name **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Lease Agreement**<br>**9047 Arrow Route, Suite 150**<br>**Rancho, Cucamonga, CA  91730**<br><br>**Debtor corporation is in its first year of a five year lease with payments of $2,776 a month.**<br>**Lease to be assumed.**<br><br>State the term remaining   **5 years**<br><br>List the contract number of any government contract | **Focus Real Estate, LP**<br>**20320 SW Birch Street, Suite 120**<br>**Newport Beach, CA 92660** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Leases Equiptment (36 months remaining at $400p/m)**<br><br>State the term remaining   **3 years**<br><br>List the contract number of any government contract | **LCA Collections**<br>**P.O. Box 2240**<br>**Burlington, NC 27216** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Debtor is in the 3rd year of a 5 year lease. Lease is to be assumed. (36 months remaining at $684.96 payments)**<br><br>State the term remaining   **3 years**<br><br>List the contract number of any government contract | **Mercedes-Benz Financial**<br>**2050 Roanoke Road**<br>**Roanoke, TX 76262** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Joe Ruvalcaba** | **14693 Nova Scotia Drive Fontana, CA 92336** | **Mantis Funding, LLC** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.2  **Joe Ruvalcaba** | **14693 Nova Scotia Drive Fontana, CA 92336** | **Forward Financing, LLC** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.3  **Joe Ruvalcaba** | **14693 Nova Scotia Drive Fontana, CA 92336** | **OnDeck** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.4  **Joe Ruvalcaba** | **14693 Nova Scotia Drive Fontana, CA 92336** | **TVT Capital, LLC** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.5  **Joe Ruvalcaba** | **14693 Nova Scotia Drive Fontana, CA 92336** | **TVT Capital, LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor    **AMJ Plumbing Specialists Corp.**                                                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Joe Ruvalcaba** | **14693 Nova Scotia Drive**<br>**Fontana, CA 92336** | **TVT Capital, LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Joe Ruvalcaba** | **14693 Nova Scotia Drive**<br>**Fontana, CA 92336** | **Platinum Rapid Funding Group, LTD** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.8 | **Joe Ruvalcaba** | **14693 Nova Scotia Drive**<br>**Fontana, CA 92336** | **Opus Bank** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.9 | **Joe Ruvalcaba** | **14693 Nova Scotia Drive**<br>**Fontana, CA 92336** | **Focus Real Estate, LP** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.10 | **Joe Ruvalcaba** | **14693 Nova Scotia Drive**<br>**Fontana, CA 92336** | **LCA Collections** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |

---

**Fill in this information to identify the case:**

Debtor name    **AMJ Plumbing Specialists Corp.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other    **Gross Revenue** | **$1,700,000.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other    **Gross Revenue** | **$3,565,808.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other    **Gross Revenue** | **$3,220,269.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

| Debtor | **AMJ Plumbing Specialists Corp.** | Case number *(if known)* |
|---|---|---|

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **TVT Capital, LLC v. AMJ Plumbing Specialists, Corp.**<br>**56393/17** | **Collections (Judgement)** | **Supreme Court State of NY County of Westchester 111 Dr.Martin Luther King Jr Blvd White Plains, NY 10601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Forward Financial, LLC V. AMJ Plumbing Specialists, Corp.**<br>**1:17-cv-10881-NMG** | **Breach of Contract** | **U.S. District Court District of Massachusetts 1 Courthouse Way Boston, MA 02210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Opus Bank, Etc. v. AMJ Plumbing Specialists, Corp.**<br>**30-2017-00914296-CU-BC-CJC** | **Breach od Contract** | **Superior Court of California 700 Civic Center Drive West Santa Ana, CA 92702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **AMJ Plumbing Specialists Corp.**                                    Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Lozano Law Center, Inc.**<br>**1900 W. Garvey Avenue South**<br>**Suite 240**<br>**West Covina, CA 91790** | **Attorney Fees** | **6/2017**<br>**7/2017** | **$26,000.00** |
| Email or website address<br>**notices@dlbklaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

Debtor    **AMJ Plumbing Specialists Corp.**                    Case number *(if known)* _____

---

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **9047 Arrow Route, Suite 150**<br>**Rancho Cucamonga, CA 91730** | **July 2016 Current** |
| 14.2. **9087 Arrow Route, Suite 120**<br>**Rancho Cucamonga, CA 91730** | **July 2015 - July 2016** |
| 14.3. **545 N. Mountain Avenue, Suite 209**<br>**Upland, CA 91786** | **July 2013 -July 2015** |

**Part 8:    Health Care Bankruptcies**

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

### 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **AMJ Plumbing Specialists Corp.**                                   Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America #8848**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | XXXX-8848 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/2017 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■    No.
    ☐    Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **AMJ Plumbing Specialists Corp.**                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **AMJ Plumbing Specialists Corp. dba AMJ Plumbing Specialists 9047 Arrow Route, Suite 150 Rancho Cucamonga, CA 91730** | **Plumbing (Commercial and residential/plumbing contractor) Active California State License Number: 955853** | **EIN:** **45-2428023** **From-To** **05/06/2011 to present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Kalter Company, Tax Preparation Attn: Eric Kalter 15320 Central Avenue Chino, CA 91710** | **2012 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Joe and Matilda Ruvalcaba 14693 Nova Scotia Drive Fontana, CA 92336** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **AMJ Plumbing Specialists Corp.**
_____    Case number *(if known)* _____

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joe Ruvalcaba | 14693 Nova Scotia Drive<br>Fontana, CA 92336 | President, Secretary, Treasurer | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **AMJ Plumbing Specialists Corp.**                              Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  7, 2017**
               _____

**/s/ Jose Ruvalcaba, Jr.**                          **Jose Ruvalcaba, Jr.**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re **AMJ Plumbing Specialists Corp.**         Case No. _____
                             Debtor(s)          Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 26,000.00 |
   | Prior to the filing of this statement I have received | $ | 26,000.00 |
   | Balance Due | $ | 0.00 |

2. $ **1,717.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any non-dischargeability actions, negotiation of reaffirmation agreements, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  7, 2017** 
*Date*

**/s/ David Lozano**
**David Lozano 164806**
*Signature of Attorney*
**Lozano Law Center, Inc.**
**1900 W. Garvey Avenue South, Suite 240**
**West Covina, CA 91790**
**(626) 802-5680   Fax: (626) 209-0221**
**notices@dlbklaw.com**
*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David Lozano**<br>**1900 W. Garvey Avenue South, Suite 240**<br>**West Covina, CA 91790**<br>**(626) 802-5680 Fax: (626) 209-0221**<br>California State Bar Number: **164806**<br>notices@dlbklaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**AMJ Plumbing Specialists Corp.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **July  7, 2017**  _____

Date:  _____

Date:  **July  7, 2017**  _____

**/s/ Jose Ruvalcaba, Jr.** _____
Siganture of Debtor 1

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

**/s/ David Lozano** _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                       **F 1007-1.MAILING.LIST.VERIFICATION**

AMJ Plumbing Specialists Corp.
9047 Arrow Route, Suite 150
Rancho Cucamonga, CA 91730


David Lozano
Lozano Law Center, Inc.
1900 W. Garvey Avenue South, Suite 240
West Covina, CA 91790


American Express
Attention: Bankruptcy Department
20022 North 31st Avenue
Phoenix, AZ 85027


Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200


Bank of America #3250-6976-8848
Attn: Notice to Release Lien
P.O. Box 25118
Tampa, FL 33622-5118


Celtic Bank
268 State Street, Suite 300
Salt Lake City, UT 84111


Chase Bank   #135232330 / 322271627
Upland, CA


Focus
20320 SW Birch Street, Suite 200
Newport Beach, CA 92660

Focus Real Estate, LP
20320 SW Birch Street, Suite 120
Newport Beach, CA 92660


Forward Financing, LLC
36 Bromfield Street, Suite 210
Boston, MA 02108


Joe Ruvalcaba
14693 Nova Scotia Drive
Fontana, CA 92336


Joseph Nierman, Esq.
30 Wall Street, Room 801
New York, NY 10005


Kimberly Emerling
36 Bromfield Street, Suite 210
Boston, MA 02108


Kimberly Emerling, Esq. Forward Fin
36 Bromfield Street, Suite 210
Boston, MA 02108


LCA Collections
P.O. Box 2240
Burlington, NC 27216


Mantis Funding, LLC
64 Beaver Street, Suite #344
New York, NY 10004

Mantis Funding, LLC
P.O. Box 6497
Sioux Falls, SD 57117

Mercedes-Benz Financial
2050 Roanoke Road
Roanoke, TX 76262

OnDeck
1400 Broadway
New York, NY 10004

Opus Bank
131 W. Commonwealth Avenue
Fullerton, CA 92832

Pacific Financial
P.O. Box 34003
Fullerton, CA 92834

Paychecks, Inc
911 Panorama Trail S. Rochester
Rochester, NY 14625

Platinum Rapid Funding Group, LTD
348 RXR Plaza
Uniondale, NY 11556

Small Business Capital Solutions
3611 14th Avenue, Suite 426
Brooklyn, NY 11218

Supreme Court State of NY
County of Westchester
111 Dr.Martin Luther King Jr Blvd
White Plains, NY 10601


TVT Capital, LLC
8 Hunters Lane
Roslyn, NY 11576

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David Lozano**<br>**1900 W. Garvey Avenue South, Suite 240**<br>**West Covina, CA 91790**<br>**(626) 802-5680 Fax: (626) 209-0221**<br>California State Bar Number: **164806**<br>notices@dlbklaw.com | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>　　**AMJ Plumbing Specialists Corp.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:　**11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___**David Lozano 164806**_____ , the undersigned in the above-captioned case, hereby declare
　　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　　　　　　　　　　**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
          *[For additional names, attach an addendum to this form.]*

   b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| July 7, 2017 | By: | /s/ David Lozano |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | **David Lozano 164806** |
| | | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012           **F 1007-4.CORP.OWNERSHIP.STMT**